UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKIM SHPAKOVSKII,<br><br>    Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 25-cv-05080-TSH<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 15 |

Having reviewed the parties' stipulated protective order (ECF No. 15), the Court declines to enter it as the protective order in this case. The parties shall review the court-approved model protective order available at https://cand.uscourts.gov/forms/model-protective-orders/, including the provisions regarding Civil Local Rule 79-5, which sets forth the procedures that must be followed when a party seeks permission to file material under seal. If the parties can't agree to use the model protective order (or, at a minimum, a stipulated protective order that follows Rule 79-5's requirements), they shall comply with the undersigned's discovery standing order. Any joint letter shall include the parties' competing proposed protective orders as exhibits, redlined to highlight any changes from the model protective order.

**IT IS SO ORDERED.**

Dated: September 12, 2025

THOMAS S. HIXSON
United States Magistrate Judge